1  MARK R. VELASQUEZ (SBN 246732)
2  HUNT JEPPSON & GRIFFIN, LLP
   1478 Stone Point Drive, Suite 100
3  Roseville, CA  95661
   Telephone: (916) 780-7008
4
5  Attorneys for Defendant WILLOWS UNIFIED
   SCHOOL DISTRICT AND HOLLY MCLAUGHLIN
6
7  LARRY L. BAUMBACH (SBN 50086)
   LAW OFFICES OF LARRY L. BAUMBACH
8  2531 Forest Avenue, Suite 100
   Chico, CA 95928
9  Telephone: (530) 891-6222

10  Attorney for Plaintiff PAUL BAILEY

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

| 15 | PAUL BAILEY, | No.  2:16-cv-02546 |
|---|---|---|
| 16 | Plaintiff, | **STIPULATION TO REMAND CASE BACK TO GLENN COUNTY SUPERIOR COURT; ORDER THEREON** |
| 17 | v. | |
| 18 | WILLOWS UNIFIED SCHOOL DISTRICT, HOLLY MCLAUGHLIN, AND DOES 1 THROUGH 100, INCLUSIVE | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |

22
          Plaintiff PAUL BAILEY (Plaintiff) and Defendant WILLOWS UNIFIED SCHOOL
23
   DISTRICT ("Willows") by and through their respective counsel, hereby agree and stipulate as
24
   follows:
25
                              **STIPULATION**
26
          1.     On August 31, 2016, an action was commenced in the Superior Court of the State
27
   of California in and for the County of Glenn, entitled *Paul Bailey v. Willows Unified School*
28
                                          1

*District; Holly McLaughlin; Does 1 through 100*, and designated as Case No. 16CV01592 ("the Action").

2.  On October 25, 2016, Defendant Willows Unified School District filed a Notice of Removal of the Action to this Court pursuant to 28 U.S.C. §1441(a) based on Plaintiff's claims brought under 42 U.S.C. §1983. The remaining defendant had not been served but agreed to subject herself to federal jurisdiction if and when she was served.

3.  Unbeknownst to Willows, on October 25, 2016, the same day that Willows filed their Notice of Removal, Plaintiff filed their First Amended Complaint which omitted the 42 U.S.C. §1983 claim and, in turn, the basis for this Court's jurisdiction.

4.  Therefore, the Parties hereby stipulate that this action should immediately be remanded to the Glenn County Superior Court.

5.  This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

Dated: November 10, 2016            HUNT JEPPSON & GRIFFIN, LLP

/S/ MARK R. VELASQUEZ (AS AUTHORIZED ON 11/10/16)
MARK R. VELASQUEZ

Attorneys for Defendants Willows Unified School District and Holly McLaughlin

Dated: November 10, 2016            LAW OFFICES OF LARRY L. BAUMBACH

/S/ LARRY L. BAUMBACH (AS AUTHORIZED ON 11/10/16)
LARRY L. BAUMBACH

Attorney for Plaintiff Paul Bailey

**ORDER**

IT IS HEREBY ORDERED THAT:

1. This action immediately be remanded to the Glenn County Superior Court; and

2. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar.

Dated:  December 20, 2016

_____
UNITED STATES DISTRICT JUDGE